UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
   MICHELLE M CONTORNO

CASE NO. 07 B 23502

CHAPTER 13

JUDGE: BRUCE W BLACK

    Debtor  
SSN XXX-XX-4608

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/14/07 and confirmed on 02/13/08.

2. The case was converted to Chapter 7 after confirmation, 10/10/2008.

3. The Debtor paid a total of $ 2502.50 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 10125.54 | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PATHOLOGISTS/ | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| EARTHLINK | UNSECURED | NOT FILED | .00 | .00 |
| GEICO | UNSECURED | NOT FILED | .00 | .00 |
| HEARTLAND CARDIOVASCULAR | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NANCY LABAYEN | UNSECURED | NOT FILED | .00 | .00 |
| NANCY LABAYEN | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NANCY LABAYEN | UNSECURED | NOT FILED | .00 | .00 |
| NASR LTD | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PLANTATION BILLING CENTE | UNSECURED | NOT FILED | .00 | .00 |
| TRS RECOVERY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| UNITED COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| UNITED COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |

```
VERIZON WIRELESS          UNSECURED       NOT FILED              .00           .00
AES/PHEAA                 UNSECURED             .00              .00           .00
EXPRESS LOAN              UNSECURED             .00              .00           .00
KIDCARE                   UNSECURED       NOT FILED              .00           .00
        Summary of disbursements:
-------------------------------------------------------------------------------
                      SECURED     PRIORITY   UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    10125.54         .00         .00         .00     10125.54
PRINCIPAL PAID             .00         .00         .00         .00           .00
INTEREST PAID              .00         .00         .00         .00           .00
TOTAL PAID                 .00         .00         .00         .00           .00
```

The Debtor's attorney, JUNE PRODEHL & RENZI         , was allowed $   3350.00
and was paid $    950.00  direct and $   2357.36  through the plan.

The Trustee received $    145.14 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 01/22/09                /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 07 B 23502 MICHELLE M CONTORNO